UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES FOR THE
I.B.E.W. LOCAL 332, et al.,

Plaintiffs,

v.

MCGRATH ELECTRIC INC., et al.,

Defendants.

Case No. 26-cv-02823-EKL

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 15

Plaintiffs filed this action against Defendant McGrath Electric, Inc. ("McGrath") on April 1, 2026. Plaintiffs served McGrath through "Sean Doe." ECF Nos. 15, 24. However, according to the California Secretary of State's website, "Sean Doe" is not McGrath's designated agent for service of process. *See* Cal. Civ. Proc. Code § 416.10(a) (permitting service on a corporation through "the person designated as agent for service of process"). It is not clear whether Plaintiffs' attempted service is otherwise proper. *See id.* § 416.10(b). McGrath has not appeared in this case.

Accordingly, by July 15, 2026, Plaintiffs shall either attempt to re-serve McGrath and file an updated proof of service or show cause why the initial service was proper. Additionally, because Defendants have not appeared, the initial case management conference set for July 8, 2026, is continued to August 26, 2026. A joint case management statement is due by August 12, 2026. Plaintiffs shall promptly serve the remaining Defendants to avoid further delay.[1]

**IT IS SO ORDERED.**

Dated: June 25, 2026

Eumi K. Lee
United States District Judge

---

[1] Plaintiffs filed an amended complaint, adding new Defendants, on June 19, 2026. ECF No. 14.

United States District Court
Northern District of California