United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES FOR THE I.B.E.W. LOCAL 332, et al.,

Plaintiffs,

v.

MCGRATH ELECTRIC INC., et al.,

Defendants.

Case No. 26-cv-02823-EKL

**SECOND ORDER TO SHOW CAUSE**

Re: Dkt. Nos. 23, 25

Plaintiffs filed this action against Defendant McGrath Electric, Inc. ("McGrath") on April 1, 2026. Plaintiffs initially purported to serve McGrath through "Sean Doe." ECF No. 15. However, according to the California Secretary of State's website, "Sean Doe" is not McGrath's designated agent for service of process. *See* Cal. Civ. Proc. Code § 416.10(a) (permitting service on a corporation through "the person designated as agent for service of process"). Moreover, it was not clear whether Plaintiffs' attempted service was otherwise proper. *See id.* § 416.10(b). Thus, the Court ordered Plaintiffs to attempt to re-serve McGrath and file an updated proof of service or show cause why the initial service was proper.

On July 8, 2026, Plaintiffs filed an updated proof of service. ECF No. 25. The proof of service identifies McGrath's authorized agent as "Ladell Jeanette McGrath." *Id.* This appears to be an error; McGrath's authorized agent is "Adell Jeanette McGrath." Moreover, Plaintiffs did not serve the agent directly. Instead, Plaintiffs rely on substituted service on "Lucas 'Doe,' Manager." *Id*. Plaintiffs offer no basis to conclude that substituted service on Lucas Doe complies with any service method authorized by California Code of Civil Procedure § 416.10. The proof of service also reflects attempted service by mail, but Plaintiffs have not submitted a written acknowledgment of McGrath's receipt of the summons. *See* Cal. Civ. Proc. Code § 415.30.

Accordingly, by August 5, 2026, Plaintiffs shall either attempt to re-serve McGrath and file an updated proof of service or show cause why the most recent attempted service was proper. Additionally, because the deadline to serve McGrath pursuant to Federal Rule of Civil Procedure 4(m) has passed, Plaintiffs are ORDERED to show cause why McGrath should not be dismissed from this action without prejudice for Plaintiffs' failure to timely serve.

**IT IS SO ORDERED.**

Dated: July 21, 2026

Eumi K. Lee
United States District Judge